UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CV-00033-FDW-DCK

| | |
|---|---|
| MANGANARO SOUTHEAST, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| JMM CONSTRUCTION OF OKLAHOMA, INC. *d/b/a* JMM CONSTRUCTION, INC. *et al*., | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment as to all Defendants, (Doc. No. 20). The Court, having carefully reviewed the record, hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. Plaintiff's Motion for Default Judgment against all Defendants, (Doc. No. 20), is hereby GRANTED.

2. Default was entered against all Defendants for failure to plead in this action as follows: JMM Construction Inc. of Texas, (Doc. No. 10); JMM Construction of Oklahoma, Inc., (Doc. No. 13); and JMM Construction, Inc., (Doc. No. 16).

3. Accordingly, the well-pleaded factual allegations in the Complaint are deemed admitted by Defendants, and Defendants are liable for the claims stated in Plaintiff's Complaint, (Doc. No. 1).

4. Defendants are not infants or incompetent person, and are not in the military service of the United States, and as such there is no just reason to delay entering judgment against the Defendants.

5. Therefore, judgment is entered in favor of Plaintiff and against all Defendants, jointly and severally, as to all Claims for Relief set forth in the Complaint, including Plaintiff's First Claim for Relief.

6. Plaintiff shall have and recover of Defendants JMM Construction of Oklahoma, Inc.; JMM Construction Inc. of Texas; and JMM Construction, Inc., jointly and severally, on its First Claim for Relief, the sum of One Million Six Hundred Forty-Two Thousand Eight Hundred Sixty-Four and 58/100 Dollars ($1,642,864.58), plus interest at the rate of Three Hundred Sixty and 08/100 Dollars ($360.08) per day from and after November 16, 2020, until the date of entry of judgment and thereafter at the legal rate until paid in full.

7. Plaintiff shall further recover the reasonable costs of this action.

IT IS SO ORDERED.

Signed: August 16, 2022

_____
Frank D. Whitney
United States District Judge